# EXHIBIT C

[redacted]

[redacted]

[redacted]

[redacted]