# INDEX OF EXHIBITS

**INDEX OF EXHIBITS**

| | |
|---|---|
| Schedule A: | List of Defendants |
| Exhibit A: | Plaintiff's Patent-in-Suit |
| Exhibit B: | Screenshots of Checkout Pages |
| Exhibit C: | Infringing Evidence Product Comparison |
| Exhibit D: | Alibaba, Amazon, and Counterfeiting in the Age of the Internet, by Daniel C.K. Chow |
| Exhibit E: | Combating Trafficking in Counterfeit and Pirated Goods, by United States Department of Homeland Security |