**SCHEDULE A**

| No. | Defendant | Seller ID | Platform |
|---|---|---|---|
| [redacted] | | | |

[redacted]