**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SI CHEN,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01775 |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice appearance of Zheng "Andy" Liu is GRANTED.

Dated: ______________________

______________________________
UNITED STATES DISTRICT JUDGE