**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SI CHEN,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01775-MRH<br><br>FILED UNDER SEAL |

**DECLARATION OF ZHENG "ANDY" LIU**

I, Zheng "Andy" Liu, hereby declare, and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California. I have filed a Motion for Admission ***pro hac vice*** to appear before this Court in this matter. I am the attorney for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Pursuant to entry of the TRO and subsequent PI, Plaintiff will contact

Amazon.com to restrain accounts associated with the Defendant Internet Stores.

3. In preparation for the filing of this Motion, I have reviewed numerous cases from this District involving online infringement through online marketplaces such as Amazon.com, eBay.com, and Walmart among others. Many of the Plaintiffs in these cases have sought and been granted an *ex parte* restraining order and asset freeze in order to stop infringers from simply relocating their ill-gotten funds.

4. Numerous cases that I have reviewed indicate that infringers transfer and/or attempt to transfer funds once they receive notice of a lawsuit.

5. Attached as **Exhibit A** to the Complaint is a true and correct copy of Plaintiff's Patent-in-Suit Registration.

6. Attached as **Exhibit B** to the Complaint is a true and correct screen shots of each Defendant's respective listing pages of the Infringing Products, evidencing that each Defendant stands ready, willing, and able to sell and ship Infringing Products to the State of Pennsylvania..

7. Attached as **Exhibit C** to the Complaint are true and correct copy of Comparison Chart between Plaintiff's Patent and each Defendant's listing.

8. I, or someone acting under my direction, have reviewed Exhibits B and C

and am of the opinion that each Defendant infringes Plaintiff's Patent-in-Suit.

9. Defendants have provided no means by which they may be identified or contacted beyond their Amazon.com and other Marketplace Account names.

10. Upon information and belief, and based on other cases filed in this District against anonymous Seller Aliases and the Seller Aliases of Chinese origin, Defendants are an organized group of infringers operating out of the nation of China.

11. Upon information and belief, the Defendants have utilized Amazon.com and other marketplace platforms through a desire to remain anonymous to evade Plaintiff's attempts to police his intellectual property rights and the authority of this Court.

12. Attached as **Exhibit D** to the Complaint is a true and correct copy of "Alibaba, Amazon, and Counterfeiting in the Age of the Internet" by Daniel C.K. Chow.

13. Attached as **Exhibit E** to the Complaint is a true and correct copy of "Combating Trafficking in Counterfeit and Pirated Goods" by the United States Department of Homeland Security.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: August 29, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*