**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SI CHEN,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Respondents.

Civil Case No.: 2:26-cv-01775

**NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants.

///

///

Date: October 22, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*

IT IS SO ORDERED THIS 22nd day of
October 2026

s/ Mark R. Hornak
Mark R. Hornak
United States District Judge